**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 2 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| TRACEY STOUDT, a minor, by her Guardian, MATTHEW STOUDT, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 04 C 4318 |
| v. | ) ) | Judge Mark Filip |
| FORD MOTOR COMPANY, a Foreign Corporation, | ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

### NOTICE OF FILING

TO:   John J. Duffy
**DONOHUE BROWN MATHEWSON & SMYTH**
140 South Dearborn Street
Suite 700
Chicago, IL  60603

PLEASE TAKE NOTICE that on the 24th day of February, 2005, the attached **AFFIDAVIT OF HEIRSHIP** was filed with the Clerk of the United States District Court Northern District of Illinois.

BAAL & O'CONNOR, #13773
221 N. LaSalle Street, Suite 2600
Chicago, IL  60601
(312) 236-1814

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that copies of the above were deposited in the U.S. Mail Chute located at 221 N. LaSalle Street, Chicago, Illinois, in a properly stamped and addressed envelope to the above named on this 24th day of February, 2005.

Subscribed and sworn to before me
this 24th day of February, 2005.

Notary Public

OFFICIAL SEAL
SYLVIA PATINO
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-30-06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 2 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TRACEY STOUDT, a minor, by her Guardian, MATTHEW STOUDT, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a Foreign Corporation, <br><br> Defendant. | Case No.: 04 C 4318 <br><br> Judge Mark Filip <br> Magistrate Judge Ashman |

## AFFIDAVIT OF HEIRSHIP

ROBINA MARTIN, being duly sworn on oath, certifies and states as follows:

1. I am the mother of Colleen Burnett, and I have personal knowledge of the matters set forth in this affidavit.

2. Colleen Burnett was born on 08-28-74. She died (in the motor vehicle collision which is the subject of this case) on October 11, 2003. Colleen had three children borne to her: Tracey Lynn Stoudt, Richard Burnett and Jessica Trinkle. No other children were borne to or adopted by Colleen Burnett. At the time of her death, Colleen Burnett was divorced and unmarried. She died without a will.

3. Tracey Lynn Stoudt was born on 2-25-00. She resides with her father, Matthew Stoudt, who was appointed guardian by the Circuit Court of Champaign County, Illinois, under Case No. 04 P 218.

4. Richard Burnett was born on 4-25-95. He resides with his father, Ronald Burnett, a competent adult age 33 years old, at 209 Charlotte, Clinton, KY 42031.

5. Jessica Trinkle was born on 12-18-01. Her natural father is Donovan Trinkle. Jessica resides with the undersigned at 230 WhitePine Drive, Lebanon, TN 37087.

6. Based upon the foregoing, I believe the heirs and next of kin of Colleen Burnett are: Tracey Lynn Stoudt, a minor; Richard Burnett, a minor; and Jessica Trinkle, a minor.

*Robina Martin*
**ROBINA MARTIN**

SUBSCRIBED and SWORN to before me the undersigned Notary Public this 24th day of February, 2004.

*Sylvia Patino*
Notary Public

OFFICIAL SEAL
SYLVIA PATINO
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-30-06