UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACEY STOUDT, a minor, by her Guardian, MATTHEW STOUDT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY, a Foreign Corporation, )<br>)<br>Defendant. )<br>)<br>And )<br>)<br>ESTATE OF JAMES SHUPE, Deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY, a Foreign Corporation, )<br>)<br>Defendant. ) | Case No. 04 C 4318<br>(cons. with 03 C 7887)<br>Judge Mark Filip |

### ORDER

THIS CASE COMING TO BE HEARD on a Petition to Settle, the Court having reviewed the Petition and all parties in the consolidated cases being in agreement, the Court finds:

1. The parties in the consolidated cases have reached a global settlement wherein Ford Motor Company will pay to Plaintiffs the total sum of $100,000.00, to be divided $60,000.00 to the Estate of Tracey Stoudt, a minor; $5,000.00 to the Estate of Colleen Burnett; and $35,000.00 to the Estate of James Shupe. The Court approves this settlement as fair and reasonable.

**PAGE ONE OF THREE PAGE ORDER**

2. The payment of attorney fees and costs with respect to the Estate of Tracey Stoudt are subject to approval of the Circuit Court of Champaign County, as that Court has jurisdiction of the minor's estate under Case No. 04 P 218.

3. As to the Estate of Colleen Burnett, Robina Martin, mother of decedent Colleen Burnett, has submitted a petition for appointment as Special Administrator of the Estate of Colleen Burnett under Section 2.1 of the Illinois Wrongful Death Act. The Court finds that she is qualified to act as special administrator on the basis of the representations made in said Petition.

4. Based on the representations in said Petition for appointment as Special Administrator, the Court finds that there are three heirs and next of kin of the Estate of Colleen Burnett, namely the decedent's three minor children: Tracey Stoudt (a minor); Richard Burnett (a minor); and Jessica Trinkle (a minor).

5. As to the Estate of James Shupe, findings to heirship and distribution of the estate are matters to be decided by Porter County (Indiana) Superior Court as that Court has jurisdiction of the administration of the Estate of James Shupe, Deceased, through Estate No. 0310-ES.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The global settlement is approved, with the distribution of $100,000.00 to be paid as follows: $60,000.00 to the Estate of Tracey Stoudt, a minor; $5,000.00 to the Estate of Colleen Burnett; and $35,000.00 to the Estate of James Shupe.

2. Robina Martin is appointed as special administrator of the Estate of Colleen Burnett for the sole purpose of settling the cause of action herein on behalf of the Estate of Colleen Burnett against Ford Motor Company.

3. The amount allocated to the Estate of Colleen Burnett under this settlement, after deduction of attorney fees, shall be paid as follows:

$1,111.11 to Robina Martin for the exclusive use and benefit of Jessica Trinkle, a minor;

$1,111.11 to Ronald Burnett for the exclusive use and benefit of Richard Burnett, a minor; and

$1,111.12 made payable to Matthew Stoudt, Guardian of the Estate of Tracey Stoudt, for the exclusive use and benefit of Tracey Stoudt.

4. In the matter of Shupe v. Ford Motor Company, (03 C 7887), findings of heirship and administration of distribution are hereby referred to the Porter County (Indiana) Superior Court, for administration through Estate No. 0310-ES-.

5. This case is dismissed with prejudice and without costs.

March 14, 2005

ENTER:

_____
Judge          Judge's No.

#13773
BAAL & O'CONNOR
Attorney for Plaintiff
221 N. LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 236-1814

**PAGE THREE OF THREE PAGE ORDER**